## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO. _____ |
|---|---|---|
| v. | : | DATE FILED: _____ |
| JAMES CHANDLER | : | VIOLATIONS:<br>18 U.S.C. § 2114(a) (robbery of a postal employee – 2 counts)<br>18 U.S.C. § 1201(a)(5) (kidnapping – 1 count) |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about January 11, 2021, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### JAMES CHANDLER

knowingly and intentionally robbed P.W., a United States Postal Service employee known to the grand jury, of mail matter and other property of the United States, over which P.W. had lawful charge, control, and custody, and in doing so, defendant CHANDLER put the life of P.W. in jeopardy by the use of a dangerous weapon, that is, a replica handgun.

In violation of Title 18, United States Code, Section 2114(a).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 4, 2021, in Philadelphia, in the Eastern District of Pennsylvania, defendant

## JAMES CHANDLER

knowingly and intentionally robbed S.L., a United States Postal Service employee known to the grand jury, of mail matter and other property of the United States, over which S.L. had lawful charge, control, and custody, and in doing so, defendant CHANDLER put the life of S.L. in jeopardy by the use of a dangerous weapon, that is, a replica handgun.

In violation of Title 18, United States Code, Section 2114(a).

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 4, 2021, in Philadelphia, in the Eastern District of Pennsylvania, defendant

### JAMES CHANDLER

knowingly, willfully, and unlawfully seized, confined, kidnapped, abducted, carried away, and held S.L., a United States Postal Service employee known to the grand jury, who was engaged in the performance of official duties, without S.L.'s consent, for ransom, reward, or otherwise, that is, for the purpose of gaining a personal benefit from that seizure.

In violation of Title 18, United States Code, Section 1201(a)(5).

**A TRUE BILL:**

**GRAND JURY FOREPERSON**

*/s/ Katayoun M. Copeland*

**JENNIFER ARBITTIER WILLIAMS**
**ACTING UNITED STATES ATTORNEY**

No. _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

<u>Criminal Division</u>

THE UNITED STATES OF AMERICA

vs.

JAMES CHANDLER

INDICTMENT

Counts

18 U.S.C. § 2114(a) (robbery of a postal employee – 2 counts)
18 U.S.C. § 1201(a)(5) (kidnapping – 1 count)



Filed in open court this _____ day,
Of _____ A.D. 20 _____

_____
Clerk

Bail, $ _____